SUSAN GROSS, Also Known as SUSAN G. BERLLY, Respondent, v IRIS SANDOW, Appellant.

Submitted August 30, 2004; decided October 26, 2004

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the

meaning of the Constitution; motion for leave to appeal otherwise denied.